**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6336**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY LEE BLACKWELL,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  William L. Osteen, Sr.,
District Judge.  (CR-94-115, CA-96-910-2)

---

Submitted:  August 28, 1997        Decided:  September 16, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rodney Lee Blackwell, Appellant Pro Se.  Robert Michael Hamilton,
OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Blackwell, Nos. CR-94-115; CA-96-910-2 (M.D.N.C. Feb. 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2